UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :        SEALED ORDER

    - v. -                                        :        14 Cr.

CEDRIC CAÑAS MAILLARD,                   :

    Defendant.                                 :        **14 CRIM 829**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Edward Kim;

     It is found that the indictment and arrest warrant in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have that indictment and arrest warrant unsealed for the limited purpose of sharing them foreign law enforcement agencies, including with Interpol, it is therefore

     ORDERED that the indictment and arrest warrant in the above-captioned action be unsealed for the limited purpose set forth above.

Dated: New York, New York
       December 17, 2014

_____
HON. ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **FEB 03 2015**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2014

<u>**Request to be Filed Under Seal**</u>

<u>**BY HAND**</u>

**14 CRIM 829**

Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:   <u>**United States** v. **Cedric Cañas Maillard**</u>
           **14 Cr.**

Dear Judge Peck:

     The above-referenced indictment, which charges the defendant with two counts of securities fraud, was returned today by a grand jury, and an arrest warrant was subsequently signed. Both the indictment and warrant remain under seal. The Government respectfully requests that the Court enter a limited unsealing order so that the arrest warrant and indictment may be shared with foreign law enforcement agencies, including Interpol, in order to facilitate the defendant's arrest and extradition. A proposed order is enclosed for the Court's convenience.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

     By:                                   
                      Edward Y. Kim
                      Assistant United States Attorney
                      Tel.: (212) 637-2401

Encl.